# United States Court of Appeals
## For the First Circuit

No. 24-1280

AKEISH JOHNIOY MORGAN,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on November 5, 2024, is amended as follows:

On page 28, line 18, replace "official" with "nonofficial or private actor"